SCPW-20-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NELSON NAHINU WAIKIKI, JR., Petitioner,

vs.

DONALD J. TRUMP, President of the United States;
MICHAEL R. PENCE, Vice President of the United States;
MICHAEL R. POMPEO, United States Secretary of State;
NANCY P. PELOSI, Speaker of the United States House of
Representatives; WILLIAM P. BARR, United States Attorney General;
PHILIP S. DAVIDSON, Commander of the United States Indo-Pacific
Command; DAVID Y. IGE, Governor, State of Hawaiʻi;
JOSHUA B. GREEN, Lieutenant Governor, State of Hawaiʻi;
SCOTT K. SAIKI, Speaker of the House of Representatives, State of
Hawaiʻi; CLARE E. CONNORS, Attorney General, State of Hawaiʻi; and
KENNETH S. HARA, Adjutant General for the State of Hawaiʻi,
Department of Defense, Respondents.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Ashford, assigned by reason of vacancy)

Upon consideration of petitioner Nelson Waikiki Jr.'s

"Writ of Habeas Corpus," filed on August 31, 2020, and the

record, it appears that to the extent petitioner is seeking

habeas corpus relief from this court, petitioner presents no

special reason for this court to invoke its jurisdiction and has

alternative means to seek relief. <u>See</u> <u>Oili v. Chang</u>, 54 Haw. 411, 412, 557 P.2d 787, 788 (1976). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, September 25, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ James H. Ashford

